■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KOVNER, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 1, 1967, which resentenced him *nunc pro tunc* as of March 18, 1942. Appeal dismissed. The notice of appeal was not timely served (Code Crim. Pro., § 521). We have, nevertheless, considered defendant's contentions, find them to be without merit and, therefore, would have affirmed the judgment had the appeal been timely taken. Beldock, P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

■ SONDRA M. RUBIN, Appellant, v. JOSEPH D. RUBIN, Respondent.— Appeal by plaintiff from so much of an order of the Supreme Court, Westchester County, dated February 14, 1967, as confirmed the report of a Referee in certain respects, directed plaintiff to abide by defendant's visitation rights, and denied plaintiff's motion for a counsel fee. The order was previously affirmed insofar as appealed from by defendant, with plaintiff's appeal held in abeyance pending the filing of a proper appendix (*Rubin* v. *Rubin*, 30 A D 2d 816) ; and plaintiff has since filed a supplemental appendix. Order affirmed insofar as appealed from by plaintiff, without costs. No opinion. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.